| | |
|---|---|
| 1 | RICHMAN LAW GROUP |
| 2 | Kim E. Richman (*Pro hac vice*) |
|   | krichman@richmanlawgroup.com |
| 3 | Jaime Mak (SBN 236505) |
|   | jmak@richmanlawgroup.com |
| 4 | 535 Mission Street |
|   | San Francisco, CA 94105 |
| 5 | Telephone: (415) 259-5688 |
| 6 | Facsimile: (718) 228-8522 |
| 7 | FINKELSTEIN, BLANKINSHIP, |
|   | FREI-PEARSON & GARBER, LLP |
| 8 | Todd G. Garber (*Pro hac vice*) |
|   | tgarber@fbfglaw.com |
| 9 | Bradley F. Silverman (*Pro hac vice*) |
|   | bsilverman@fbfglaw.com |
| 10 | 1311 Mamaroneck Avenue |
| 11 | White Plains, New York 10605 |
|    | Telephone: (914) 298-3281 |
| 12 | Facsimile: (914) 824-1561 |

COUNSEL FOR PLAINTIFFS
ADAM COOPER AND RYAN MATUSZEWSKI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM COOPER and RYAN MATUSZEWSKI, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>THE CLOROX COMPANY,<br><br>Defendant. | Case No.  3:17-cv-04854-PJH<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL
Case No. 3:17-cv-04854-PJH
{00287173 }

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Adam Cooper and Ryan Matuszewski, by and through their undersigned counsel, hereby give notice that their claims in the above-captioned action are voluntarily dismissed, without prejudice, against Defendant The Clorox Company.

Dated: October 6, 2017

Respectfully submitted,

RICHMAN LAW GROUP

By:  /s/ Kim E. Richman

Kim E. Richman (*Pro hac vice*)
krichman@richmanlawgroup.com
Jaime Mak (SBN 236505)
jmak@richmanlawgroup.com
535 Mission Street
San Francisco, CA 94105
Telephone: (415) 259-5688
Facsimile: (718) 228-8522

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
Todd G. Garber (*Pro hac vice*)
tgarber@fbfglaw.com
Bradley F. Silverman (*Pro hac vice*)
bsilverman@fbfglaw.com
1311 Mamaroneck Avenue
White Plains, New York 10605
Telephone: (914) 298-3281
Facsimile: (914) 824-1561

*Counsel for Plaintiffs*
*Adam Cooper and Ryan Matuszewski*

# CERTIFICATE OF SERVICE

I, Kim E. Richman, hereby certify that on October 6, 2017, I electronically filed the foregoing document with the Clerk of the Court through the Court's CM/ECF system, thereby providing notice upon all parties who have entered an appearance in this matter.

Dated: October 6, 2017                                              */s/ Kim E. Richman*

                                                                                                       Kim E. Richman